No. 1147. LOCAL 2880, LUMBER & SAWMILL WORKERS UNION, *v.* NATIONAL LABOR RELATIONS BOARD. May 5,

1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *George E. Flood* for petitioner. *Acting Solicitor General Washington, Gerhard P. Van Arkel, Morris P. Glushien, Ruth Weyand* and *Margaret M. Farmer* for respondent. ■